IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 11-06012-02-04/06-09/12-14- |
| STEVEN TILLER, | ) | CR-SJ-DW |
| ADRIENNE MAAR, | ) | |
| KELLY COY, | ) | |
| DANNY DELONG, | ) | |
| VERONICA HUNT, | ) | |
| ERIC LEDERER, | ) | |
| AMY POLLARD, | ) | |
| CHRIS POWELL, | ) | |
| and | ) | |
| JEREMY WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

### I. BACKGROUND

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on May 23, 2012. Defendant Steven Tiller appeared in person and with appointed counsel James Brown. Defendant Adrienne Maar appeared in person and with appointed counsel Ronald Partee. Defendant Kelly Coy appeared in person and with appointed counsel Melanie Morgan. Defendant Danny Delong appeared in person and with retained counsel Mark Wissehr. Defendant Veronica Hunt appeared in person and with appointed counsel Robert Martin. Defendant Eric Lederer appeared in person and with appointed counsel Michael Walker. Defendant Amy Pollard appeared in person and with appointed counsel Nickalaus Seacord. Defendant Christopher Powell appeared in person and with appointed counsel David Guastello. Defendant Jeremy White appeared in person and with appointed counsel Angela

Hasty. The United States of America appeared by Assistant United States Attorney Bruce Rhoades.

On October 18, 2011, an indictment was returned charging all defendants with one count of conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, and one count of conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(I) and (h). In addition, defendants Lederer and Powell are charged with conspiracy to distribute heroin, in violation of 21 U.S.C. § 846. Co-defendant Pedro Salazar-Morones pled guilty on May 21, 2012; Christopher Velvick pled guilty on May 8, 2012; and Alexander Velvick pled guilty on April 5, 2012. Co-defendants Barbara Fanning, Robert Wetmore, and James Williams have change-of-plea hearings set for May 24, 2012.

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Rhoades announced that he will be the trial counsel for the government. The case agents to be seated at counsel table are Chad Robacker, DEA, and J. D. Roberts, Buchanan County Drug Strike Force.

Mr. Brown announced that he will be the trial counsel for defendant Steven Tiller.

Mr. Partee announced that he will be the trial counsel for defendant Adrienne Maar.

Ms. Morgan announced that she will be the trial counsel for defendant Kelly Coy.

Mr. Wissehr announced that he will be the trial counsel for defendant Danny Delong.

Mr. Martin announced that he will be the trial counsel for defendant Veronica Hunt.

Mr. Walker announced that he will be the trial counsel for defendant Eric Lederer.

Mr. Seacord announced that he will be the trial counsel for defendant Amy Pollard. Matthew J. Johnson will assist.

Mr. Guastello announced that he will be the trial counsel for defendant Christopher Powell.

Ms. Hasty announced that she will be the trial counsel for defendant Jeremy White.

### III. OUTSTANDING MOTIONS

There is currently pending for ruling by me a motion to continue the trial.

### IV. TRIAL WITNESSES

Mr. Rhoades announced that the government intends to call 63 witnesses with or without stipulations during the trial.

Mr. Brown announced that defendant Steven Tiller intends to call 3 witnesses during the trial. The defendant may testify.

Mr. Partee announced that defendant Adrienne Maar intends to call 1 witness during the trial. The defendant may testify.

Ms. Morgan announced that defendant Kelly Coy intends to call 1 witness during the trial. The defendant may testify.

Mr. Wissehr announced that defendant Danny Delong intends to call 1 witness during the trial. The defendant may testify.

Mr. Martin announced that defendant Veronica Hunt intends to call 1 witness during the trial. The defendant may testify.

Mr. Walker announced that defendant Eric Lederer intends to call 2 witnesses during the trial. The defendant may testify.

Mr. Seacord announced that defendant Amy Pollard intends to call 3 witnesses during the trial. The defendant may testify.

Mr. Guastello announced that defendant Christopher Powell intends to call 3 witnesses during the trial. The defendant may testify.

Ms. Hasty announced that defendant Jeremy White intends to call 3 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Mr. Rhoades announced that the government will offer approximately 108 exhibits in evidence during the trial.

Mr. Brown announced that defendant Steven Tiller will offer approximately 3 exhibits in evidence during the trial.

Mr. Partee announced that defendant Adrienne Maar will offer no exhibits in evidence during the trial.

Ms. Morgan announced that defendant Kelly Coy will offer no exhibits in evidence during the trial.

Mr. Wissehr announced that defendant Danny Delong will offer no exhibits in evidence during the trial.

Mr. Martin announced that defendant Veronica Hunt will offer no exhibits in evidence during the trial.

Mr. Walker announced that defendant Eric Lederer will offer no exhibits in evidence during the trial.

Mr. Seacord announced that defendant Amy Pollard will offer no exhibits in evidence during the trial.

Mr. Guastello announced that defendant Christopher Powell will offer no exhibits in evidence during the trial.

Ms. Hasty announced that defendant Jeremy White will offer no exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Brown announced that defendant Steven Tiller will rely on the defense of general denial.

Mr. Partee announced that defendant Adrienne Maar will rely on the defense of general denial.

Ms. Morgan announced that defendant Kelly Coy will rely on the defense of general denial.

Mr. Wissehr announced that defendant Danny Delong will rely on the defense of general denial.

Mr. Martin announced that defendant Veronica Hunt will rely on the defense of general denial.

Mr. Walker announced that defendant Eric Lederer will rely on the defense of general denial.

Mr. Seacord announced that defendant Amy Pollard will rely on the defense of general denial.

Mr. Guastello announced that defendant Christopher Powell will rely on the defense of general denial.

Ms Hasty announced that defendant Jeremy White will rely on the defense of general denial.

### VII.  POSSIBLE DISPOSITION

Mr. Brown stated this case is probable not for trial.

Mr. Partee stated this case is probably not for trial.

Ms. Morgan stated this case is probably not for trial.

Mr. Wissehr stated this case is probably not for trial.

Mr. Martin stated this case is probably not for trial.

Mr. Walker stated this case may be for trial.

Mr. Seacord stated this case may be for trial.

Mr. Guastello stated this case is probably not for trial.

Ms. Hasty stated this case may be for trial.

### VIII. *STIPULATIONS*

Stipulations are likely as to chain of custody.

### IX. *TRIAL TIME*

Counsel were in agreement that this case will take 13 days to try.

### X. *EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS*

The U. S. Magistrate Judge ordered:

> That, in addition to the requirements of the Stipulations and Orders filed March 2, 2012, counsel for each party file and serve a list of exhibits he or she intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by May 23, 2012;
>
> That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, May 30, 2012;
>
> That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, May 30, 2012. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

### XI. *UNUSUAL QUESTIONS OF LAW*

No motions in limine are anticipated. There are no unusual questions of law.

---

[1] Counsel in all cases assigned to be tried before Chief Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, June 1, 2012. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.

## XII. TRIAL SETTING

All counsel and the defendants were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on June 4, 2012.

                                                   /s/ Robert E. Larsen
                                                   ROBERT E. LARSEN
                                                   United States Magistrate Judge

Kansas City, Missouri
May 23, 2012

cc: Mr. Kevin Lyon